JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGEWEST USA INC., et al., | ) |
| | ) JUDGMENT |
| Plaintiff, | ) Case No.: CV 14-2829-GW(FFMx) |
| v. | ) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | ) |
| Defendants. | ) |

[ ]  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by Court**. This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of the Defendants pursuant to the "Order Granting Defendants' Motion for Summary Judgment, and Denying Plaintiffs' Motion for Summary Judgment."  The Clerk of Court is further ordered to close this case.

Date:  April 21, 2015    _____
GEORGE H. WU
U.S. DISTRICT JUDGE